UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FLORENCE VERRENGIA, ET AL**
      **Plaintiff**

    V.

**DONNA CADEL, ET AL**
      **Defendant**

CIVIL ACTION

NO.05-10480-RCL

## ORDER OF DISMISSAL

**LINDSAY, D.J.**

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on September 15, 2005, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

/s/ Lisa M. Hourihan

Deputy Clerk

December 1, 2005